K&S ENTERPRISES v. KENNEDY OFFICE SUPPLY COMPANY, INC.

No. 539A99

(Filed 7 April 2000)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 135 N.C. App. 260, 520 S.E.2d 122 (1999), affirming a judgment entered 30 June 1998 by Smith (John W.), J., in District Court, New Hanover County. Heard in the Supreme Court 14 March 2000.

*Donald E. Britt, Jr., and Nora Henry Hargrove for plaintiff-appellee.*

*George B. Currin for defendant-appellant.*

PER CURIAM.

AFFIRMED.